IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IBN ZAKARIYA MUHAMMAD, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §  Civil Action No. 3:03-CV-1726-M |
| | § |
| DALLAS COUNTY COMMUNITY | § |
| SUPERVISION AND CORRECTIONS | § |
| DEPARTMENT | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Motion to Dismiss the Plaintiff's §§ 1981 and 1988 claims is **GRANTED**.

SO ORDERED this 30th day of August, 2007.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS